IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| ROXIE GARNER, ROY GARNER, JASON FOSTER, MIGUEL ANGUIANO ARAUGO, CHRISTOPHER SMITH, JOHN SNARR, and JAMES ROLLINS, on behalf of themselves and others similarly situated | PLAINTIFFS |
| v.  No. 4:10CV01025 JLH | |
| BUTTERBALL, LLC; WALTER PELLETIER; JAMES LOUIS MAXWELL, III; KEITH SHOEMAKER; JERRY GODWIN; and GARY R. LENAGHAN | DEFENDANTS |

## ORDER

Paul D. Waddell, local counsel for defendants, has filed a motion for admission *pro hac vice* on behalf of Stephen X. Munger. The motion is GRANTED. Document #6. Stephen X. Munger is hereby admitted to appear before this Court *pro hac vice* as co-counsel for the defendants in this action.

IT IS SO ORDERED this 2nd day of August, 2010.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE