**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

ROXIE GARNER, ROY GARNER, JASON                                                    PLAINTIFFS
FOSTER, MIGUEL ANGUIANO ARAUGO,
CHRISTOPHER SMITH, JOHN SNARR, and
JAMES ROLLINS, on behalf of themselves and
others similarly situated

v.                                            No. 4:10CV01025 JLH

BUTTERBALL, LLC; WALTER PELLETIER;
JAMES LOUIS MAXWELL, III; KEITH
SHOEMAKER; JERRY GODWIN; and
GARY R. LENAGHAN                                                                    DEFENDANTS

**ORDER**

      Paul D. Waddell, local counsel for defendants, has filed a motion for admission *pro hac vice* on behalf of Eric R. Magnus. The motion is GRANTED. Document #7. Eric R. Magnus is hereby admitted to appear before this Court *pro hac vice* as co-counsel for the defendants in this action.

      IT IS SO ORDERED this 2nd day of August, 2010.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE