UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

|  |  |
|---|---|
| ROXIE GARNER, ROY GARNER, JASON FOSTER, MIGUEL ANGUIANO ARUAJO, CHRISTOPHER SMITH, JOHN SNARR, and JAMES ROLLINS, on behalf of themselves and all others similarly situated,<br><br>  Plaintiffs and Proposed Collective and<br>  Class Action Representatives,<br><br>  v.<br><br>BUTTERBALL, LLC, WALTER PELLETIER, JAMES LOUIS MAXWELL, III, KEITH SHOEMAKER, JERRY GODWIN, and GARY R. LENAGHAN,<br><br>  Defendants. | Civil No. 4:10CV01025 JLH |

## <u>ORDER</u>

Defendants' Consent Motion for Extension of Time to Answer or Otherwise Plead or Move in Response to the Complaint is hereby GRANTED. Defendants shall have until September 3, 2010, to file an answer or otherwise plead or move in response to the Complaint.

This 3rd day of August, 2010.

_____
UNITED STATES DISTRICT JUDGE