UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| ROXIE GARNER, ROY GARNER, JASON FOSTER, MIGUEL ANGUIANO ARUAJO, CHRISTOPHER SMITH, JOHN SNARR, and JAMES ROLLINS, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs and Proposed Collective and Class Action Representatives, <br><br> v. <br><br> BUTTERBALL, LLC and GARY R. LENAGHAN, <br><br> Defendants. | Civil No. 4:10-CV-1025-JLH |

## MOTION FOR LEAVE TO FILE REPLY BRIEF IN SUPPORT OF MOTION FOR A STAY OF THE DEADLINE TO RESPOND TO PLAINTIFFS' MOTION FOR RULE 23 CLASS CERTIFICATION

Defendants Butterball, LLC ("Butterball") and Gary R. Lenaghan ("Lenaghan") (collectively "Defendants"), by and through their undersigned counsel, move the Court for leave to file a short reply brief in support of Defendants' Motion for a Stay of the Deadline to Respond to Plaintiffs' Motion for Rule 23 Class Certification [Doc. No. 41]. On February 4, 2011, Plaintiffs filed a response to Defendants' Motion. [See Doc. No. 42.] A short reply brief is necessary to correct a number of misstatements by Plaintiffs in their response brief regarding the relevant legal standards governing when parties may conduct discovery and the procedural history of this case. For these reasons, Defendants respectfully request that they be permitted the opportunity to reply to Plaintiffs' Response. A proposed order is attached as Exhibit A for the Court's review. Defendants' proposed reply brief is also attached as Exhibit B for the Court's review.

Respectfully submitted this 9th day of February, 2011.

        */s/ Justin R. Barnes*
        Stephen X. Munger
        Georgia Bar No. 529611
        Eric R. Magnus
        Georgia Bar No. 801405
        Justin R. Barnes
        Georgia Bar No. 105220

        JACKSON LEWIS LLP
        1155 Peachtree Street
        Suite 1000
        Atlanta, Georgia  30309-3600
        Telephone:    404-525-8200
        Facsimile:    404-525-1173

        Paul D. Waddell
        BARRETT & DEACON
        A Professional Association
        Union Planters Bank Building
        300 South Church Street
        P.O. Box 1700
        Jonesboro, Arkansas  72403
        Telephone:    870-931-1700
        Facsimile:    870-931-1800

        ATTORNEYS FOR DEFENDANT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| ROXIE GARNER, ROY GARNER, JASON FOSTER, MIGUEL ANGUIANO ARUAJO, CHRISTOPHER SMITH, JOHN SNARR, and JAMES ROLLINS, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs and Proposed Collective and Class Action Representatives, <br><br> v. <br><br> BUTTERBALL, LLC and GARY R. LENAGHAN, <br><br> Defendants. | Civil No. 4:10-CV-1025-JLH |

## CERTIFICATE OF SERVICE

I hereby certify that on February 9, 2011, I electronically filed the foregoing with the Clerk of the Court using ECF which will send notification of such filing to the following:

T. Joseph Snodgrass, Esq.
Kelly Swanson, Esq.
Troy Tatting, Esq.
**LARSON & KING, LLP**
2800 Wells Fargo Place
30 E. Seventh Street
St. Paul, MN  55101

J. Gordon Rudd, Jr., Esq.
Anne T. Regan, Esq.
**ZIMMERMAN REID, P.L.L.P.**
651 Nicollet Mall, Suite 501
Minneapolis, MN  55402

Robert T. Veon, Esq.
**VEON & ENGLAND, LLP**
2710 Arkansas Boulevard
Texarkana, AR  71854

           */s/ Justin R. Barnes*
           Justin R. Barnes