UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| ROXIE GARNER, ROY GARNER, JASON FOSTER, MIGUEL ANGUIANO ARUAJO, CHRISTOPHER SMITH, JOHN SNARR, and JAMES ROLLINS, on behalf of themselves and all others similarly situated,<br><br>  Plaintiffs and Proposed Collective and<br>  Class Action Representatives,<br><br>             v.<br><br>BUTTERBALL, LLC and<br>GARY R. LENAGHAN,<br><br>  Defendants. | Civil No. 4:10-CV-1025-JLH |

## DEFENDANTS' PARTIAL MOTION FOR JUDGMENT ON THE PLEADINGS DISMISSING ALL CLAIMS FOR TIME IN EXCESS OF "REASONABLE TIME"

Defendants Butterball, LLC ("Butterball") and Gary R. Lenaghan ("Lenaghan") (collectively "Defendants"), pursuant to Federal Rule of Civil Procedure 12(c) and Local Rule 7.2 for the United States District Court, Eastern District of Arkansas, respectfully move this Court for partial judgment on the pleadings on all claims for time in excess of "reasonable time." As more fully explained in the Brief in Support of this Motion, as a matter of law, Plaintiffs are only entitled to be paid a reasonable, fixed amount of time for donning, doffing and related activities under the Arkansas Minimum Wage Act ("AMWA").

Respectfully submitted this 3rd day of March, 2011.

/s/ Eric R. Magnus
Stephen X. Munger
Georgia Bar No. 529611
Eric R. Magnus
Georgia Bar No. 801405

Justin R. Barnes
Georgia Bar No. 105220

JACKSON LEWIS LLP
1155 Peachtree Street
Suite 1000
Atlanta, Georgia  30309-3600
Telephone:    404-525-8200
Facsimile:     404-525-1173

Paul D. Waddell
BARRETT & DEACON
A Professional Association
Union Planters Bank Building
300 South Church Street
P.O. Box 1700
Jonesboro, Arkansas  72403
Telephone:    870-931-1700
Facsimile:     870-931-1800

ATTORNEYS FOR DEFENDANT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| ROXIE GARNER, ROY GARNER, JASON FOSTER, MIGUEL ANGUIANO ARUAJO, CHRISTOPHER SMITH, JOHN SNARR, and JAMES ROLLINS, on behalf of themselves and all others similarly situated, | Civil No. 4:10-CV-1025-JLH |
| Plaintiffs and Proposed Collective and Class Action Representatives, | |
| v. | |
| BUTTERBALL, LLC and GARY R. LENAGHAN, | |
| Defendants. | |

## CERTIFICATE OF SERVICE

I hereby certify that on March 3, 2011, I electronically filed the foregoing with the Clerk of the Court using ECF which will send notification of such filing to the following:

T. Joseph Snodgrass, Esq.
Kelly Swanson, Esq.
Troy Tatting, Esq.
**LARSON & KING, LLP**
2800 Wells Fargo Place
30 E. Seventh Street
St. Paul, MN  55101

J. Gordon Rudd, Jr., Esq.
Anne T. Regan, Esq.
**ZIMMERMAN REID, P.L.L.P.**
651 Nicollet Mall, Suite 501
Minneapolis, MN  55402

Robert T. Veon, Esq.
**VEON & ENGLAND, LLP**
2710 Arkansas Boulevard
Texarkana, AR  71854

 */s/ Eric R. Magnus*
 Eric R. Magnus

4834-0223-3608, v.  1