**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

ROXIE GARNER, ROY GARNER, JASON                                            PLAINTIFFS
FOSTER, MIGUEL ANGUIANO ARAUGO,
CHRISTOPHER SMITH, JOHN SNARR, and
JAMES ROLLINS, on behalf of themselves and
others similarly situated

v.                                        No. 4:10CV01025 JLH

BUTTERBALL, LLC; WALTER PELLETIER;
JAMES LOUIS MAXWELL, III; KEITH
SHOEMAKER; JERRY GODWIN; and
GARY R. LENAGHAN                                                          DEFENDANTS

**ORDER**

Paul D. Waddell, local counsel for defendants, has filed a motion for admission *pro hac vice* on behalf of D. Christopher Lauderdale. The motion is GRANTED. Document #61. D. Christopher Lauderdale is hereby admitted to appear before this Court *pro hac vice* as co-counsel for the defendants in this action.

IT IS SO ORDERED this 12th day of April, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE