# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

SHEILA HELMERT, WILMA BROWN, and                                                        PLAINTIFFS
LORI WEST, on behalf of themselves and others
similarly situated

v.                                    No. 4:08CV00342 JLH

BUTTERBALL, LLC                                                                         DEFENDANT
_____

ROXIE GARNER, ROY GARNER,                                                               PLAINTIFFS
JASON FOSTER, MIGUEL ANGUIANO
ARUAJO, CHRISTOPHER SMITH, JOHN
SNARR, and JAMES ROLLINS, on behalf of
themselves and others similarly situated

v.                                    No. 4:10CV01025 JLH

BUTTERBALL, LLC; and
GARY R. LENAGHAN                                                                        DEFENDANTS

## ORDER

The joint motion to withdraw certain motions in related cases *Helmert v. Butterball*, No. 4:08CV00342, and *Garner v. Butterball*, No. 4:10CV01025, and amend certain deadlines in the Final Scheduling Order in *Helmert* is GRANTED. (*Helmert* Document #351.) The Final Scheduling Order is modified as follows:

1. Responsive expert disclosure must take place no later than June 15, 2011.

2. Fact discovery must be completed no later than June 15, 2011.

3. Discovery of experts must be concluded by July 14, 2011.

4. All motions, except motions in limine, must be filed on or before July 1, 2011.

All other deadlines contained in the Final Scheduling Order entered in this case on June 8, 2010, will remain in full force and effect.

The parties' cross-motions for partial summary judgment on "reasonable time" (*Helmert* Document #314) and on four legal issues (*Helmert* Document #328) are hereby withdrawn in *Helmert*. The parties' similar motions filed in *Garner* are also withdrawn. (*Garner* Documents #49 and #55.)

IT IS SO ORDERED this 18th day of April, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE