**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

| | |
|---|---|
| ROXIE GARNER, ROY GARNER, JASON FOSTER, MIGUEL ANGUIANO ARAUGO, CHRISTOPHER SMITH, JOHN SNARR, and JAMES ROLLINS, on behalf of themselves and others similarly situated | PLAINTIFFS |
| v.   No. 4:10CV01025 JLH | |
| BUTTERBALL, LLC; and GARY R. LENAGHAN | DEFENDANTS |

**ORDER**

On this date came on to be considered the Motion of Robert T. Veon, a member in good standing of the bar of this Court for the Special or Limited <u>pro</u> <u>hac</u> <u>vice</u> admission of Angela Beranek Brandt to practice before this Court for the purpose of serving as co-counsel in the above captioned matter. All requirements appear to have been met and this Court is of the opinion that said Motion should be granted.

It is hereby ORDERED, ADJUDGED and DECREED that Angela Beranek Brandt shall be and is admitted to practice before this Court, specially and for the limited purpose of appearing as counsel on behalf of Plaintiffs in the above captioned matter.

IT IS SO ORDERED this 20th day of April, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE