**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

| | |
|---|---|
| ROXIE GARNER, ROY GARNER, JASON FOSTER, MIGUEL ANGUIANO ARAUGO, CHRISTOPHER SMITH, JOHN SNARR, and JAMES ROLLINS, on behalf of themselves and others similarly situated | PLAINTIFFS |
| v.   No. 4:10CV01025 JLH | |
| BUTTERBALL, LLC; and GARY R. LENAGHAN | DEFENDANTS |

**ORDER**

The plaintiffs previously filed a motion for Rule 23 class certification, and the defendants filed a motion to stay with respect to that motion. The plaintiffs have now filed a notice that they are withdrawing the Rule 23 certification motion. Therefore, the motion for class certification pursuant to Rule 23 is denied without prejudice because the motion is moot. Document #33. The motion for stay is also denied as moot. Document #41.

IT IS SO ORDERED this 8th day of June, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE