IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| SHEILA HELMERT, WILMA BROWN, and LORI WEST, on behalf of themselves and others similarly situated | PLAINTIFFS |
| v.  No. 4:08CV00342 JLH | |
| BUTTERBALL, LLC | DEFENDANT |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| ROXIE GARNER, ROY GARNER, JASON FOSTER, MIGUEL ANGUIANO ARAUGO, CHRISTOPHER SMITH, JOHN SNARR, and JAMES ROLLINS, on behalf of themselves and others similarly situated | PLAINTIFFS |
| v.  No. 4:10CV01025 JLH | |
| BUTTERBALL, LLC; and GARY R. LENAGHAN | DEFENDANTS |

## ORDER

The Secretary of Labor of the U.S. Department of Labor has filed a motion to participate in oral argument as amicus curiae. For good cause shown, the motion is GRANTED. Document #408.

IT IS SO ORDERED this 15th day of June, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE