# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

ROXIE GARNER, ROY GARNER, JASON　　　　　　　　　　　　　　　　　　　　PLAINTIFFS
FOSTER, MIGUEL ANGUIANO ARAUGO,
CHRISTOPHER SMITH, JOHN SNARR, and
JAMES ROLLINS, on behalf of themselves and
others similarly situated

v.　　　　　　　　　　　　　　　No. 4:10CV01025 JLH

BUTTERBALL, LLC; and
GARY R. LENAGHAN　　　　　　　　　　　　　　　　　　　　　　　　　　　　DEFENDANTS

## ORDER

The plaintiffs have filed a motion to compel class discovery. They seek information from which it would be possible to calculate damages for a putative class. However, no class has been certified, so the motion is denied as premature. Document #104.

IT IS SO ORDERED this 8th day of September, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE