IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ROXIE GARNER, ROY GARNER, JASON                                    PLAINTIFFS
FOSTER, MIGUEL ANGUIANO ARAUGO,
CHRISTOPHER SMITH, JOHN SNARR, and
JAMES ROLLINS, on behalf of themselves and
others similarly situated

v.                          No. 4:10CV01025 JLH

BUTTERBALL, LLC; and
GARY R. LENAGHAN                                                    DEFENDANTS

## ORDER

The joint stipulation entered as Document #140 is hereby adopted as an Order of the Court. The Court is grateful to the lawyers for their cooperation with one another in obtaining this joint stipulation.

IT IS SO ORDERED this 7th day of March, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE