## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

ROXIE GARNER, ROY GARNER, JASON
FOSTER, MIGUEL ANGUIANO ARAUGO,
CHRISTOPHER SMITH, JOHN SNARR, and
JAMES ROLLINS, on behalf of themselves and
others similarly situated                                                                                 PLAINTIFFS

v.                                            No. 4:10CV01025 JLH

BUTTERBALL, LLC; and
GARY R. LENAGHAN                                                                                    DEFENDANTS

### ORDER

The motion for admission *pro hac vice* of L. Dale Owens is GRANTED. Document #143. L. Dale Owens is hereby admitted to appear before this Court as co-counsel for the defendants in this action.

IT IS SO ORDERED this 27th day of March, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE