# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

ROXIE GARNER, ROY GARNER,　　　　　　　　　　　　　　　　　　　PLAINTIFFS
MIGUEL ANGUIANO ARAUJO,
CHRISTOPHER SMITH, JOHN SNARR,
and JASON FOSTER, on behalf of themselves
and others similarly situated

v.　　　　　　　　　　　No. 4:10CV01025 JLH

BUTTERBALL, LLC; and
GARY R. LENAGHAN　　　　　　　　　　　　　　　　　　　　　　　DEFENDANTS

## **ORDER**

The Clerk of the Court is directed to seal Document #161 because it contains personal identification information for a number of individuals.

IT IS SO ORDERED this 23rd day of May, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE