# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

| | | |
|---|---|---|
| ROXIE GARNER, ROY GARNER, MIGUEL ANGUIANO ARAUJO, CHRISTOPHER SMITH, JOHN SNARR, and JASON FOSTER, on behalf of themselves and others similarly situated | | PLAINTIFFS |
| v. | No. 4:10CV01025 JLH | |
| BUTTERBALL, LLC; and GARY R. LENAGHAN | | DEFENDANTS |

## **ORDER**

The Joint Motion Regarding Schedule for Disclosures Relating to Calculations of Potential Back Wages is hereby **GRANTED**. Document #170. The parties will report back to the Court with an agreed schedule on or before June 29, 2012.

IT IS SO ORDERED this 18th day of June, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE