## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

SHEILA HELMERT, WILMA BROWN,  PLAINTIFFS
and LORI WEST, on behalf of themselves
and others similarly situated

v.                    No. 4:08CV00342 JLH

BUTTERBALL, LLC  DEFENDANT

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

ROXIE GARNER, ROY GARNER,  PLAINTIFFS
MIGUEL ANGUIANO ARAUJO,
CHRISTOPHER SMITH, JOHN SNARR,
and JASON FOSTER, on behalf of themselves
and others similarly situated

v.                    No. 4:10CV01025 JLH

BUTTERBALL, LLC; and
GARY R. LENAGHAN  DEFENDANTS

### ORDER

The parties have filed a joint motion to approve of a class and collective action settlement in these two actions, the Court has entered an order of preliminary approval, and the Court has scheduled a hearing to determine whether the proposed settlement should receive final approval. Therefore, all pending motions are denied as moot.

IT IS SO ORDERED this 21st day of September, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE